**IT IS ORDERED as set forth below:**

**Date: February 21, 2008**

_____
**Joyce Bihary
U.S. Bankruptcy Court Chief Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| RICHARD LOUIS ROTH ) | |
| ) | CASE NO. 05-74774-JB |
| Debtor. ) | |
| _____ ) | JUDGE BIHARY |
| BACCALA REALTY, INC., ) | |
| ) | ADVERSARY PROCEEDING |
| ) | NO. 06-06547 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHARD LOUIS ROTH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**CONSENT ORDER AND JUDGMENT**

**IT APPEARING** to the Court that Debtor and Defendant Richard Louis Roth (the "Debtor") filed a petition constituting an Order for Relief under Title 11 Chapter 7 on August 15, 2005 (the "Petition Date").

**IT FURTHER APPEARING** to the Court that Debtor is indebted to Baccala Realty,

CORP\1277500.3

Inc. ("Baccala") in the amount of $4,843,235.75 plus post judgment interest arising from Debtor's guaranty of payment and performance (the "Guaranty"), in favor of Baccala, of loans made to Lakeview Ambulatory Center, LLC ("Lakeview").

**IT FURTHER APPEARING** to the Court that on or about November 10, 2006, Baccala timely filed its Complaint Objecting To Discharge And To Determine Dischargeability of Debt pursuant to 11 U.S.C. §§727(a)(4), (a)(3) and (a)(5) and 11 U.S.C. §523(a)(2)(B) (the "Complaint").

**IT FURTHER APPEARING** to the Court that on or about January 31, 2008, Baccala filed its Notice of Settlement, Dismissal of Counts of Complaint Objecting To Discharge Under 11 U.S.C. §727(a)(3), (a)(4) and (a)(5) and Opportunity to Object and that no party objected to dismissal of the counts of the Complaint objecting to discharge.

**IT FURTHER APPEARING** to the Court that the issues involved in litigating this proceeding are complicated and will be costly to determine, and that, as evidenced by the signatures below, the parties are desirous of settling all claims or causes of action between them on the terms set forth herein, and it appearing that the parties consent hereto, it is therefor

**ORDERED ADJUDGED AND DECREED** that the stay of 11 U.S.C. §362(a) is hereby vacated as to Baccala or its successors and assigns to receive payment from the Debtor as provided herein.  It is further

**ORDERED ADJUDGED AND DECREED** that, the debt owed to Baccala in the amount of $4,843,235.75 plus post judgment interest is hereby deemed nondischargeable and, therefore, excepted from any discharge entered in the Debtor's chapter 7 case.  It is further

**ORDERED ADJUDGED AND DECREED** that Counts I, II and III of the Complaint objecting to discharge pursuant to 11 U.S.C. §727(a)(4), (a)(3) and (a)(5) are hereby dismissed.

2

CORP\1277500.3

It is further

**ORDERED ADJUDGED AND DECREED** that, the Debtor shall pay to Baccala the sum of $40,000.00 in forty (40) monthly installments of $1,000.00 each on or before the twentieth (20th) day of each consecutive month beginning on February 20, 2008 with the final payment due on or before May 20, 2011 with said payments to be remitted to Baccala Realty, Inc., 204 G Street, Suite 201, Petaluma, California 94952.  It is further

**ORDERED ADJUDGED AND DECREED** that Baccala shall take no steps to enforce this judgment against the Debtor as long as the Debtor makes the payments to Baccala as set forth herein.  It is further

**ORDERED ADJUDGED AND DECREED** that should the Debtor fail to make any payment as set forth herein on or before the due date herein and thereafter shall fail to make the payment then due within ten (10) days after Baccala has sent written notice via first class mail and via facsimle to the Debtor and his counsel, then Baccala shall be authorized to obtain a writ of execution in favor of Baccala, record the writ and to take all other and further action allowable under applicable law to collect the amount of this judgment. It is further

**ORDERED ADJUDGED AND DECREED** that the notice required by the above paragraph shall be sufficient if provided to George M. Geeslin, Esq., Eight Piedmont Center, 3525 Piedmont Rd., NE, Atlanta, Georgia 30305, facsimile (404) 816-1108 and to Richard L. Roth, P.O. Box 888441, Atlanta 30356, facsimile (770) 451-8124. It is further

CORP\1277500.3

**ORDERED ADJUDGED AND DECREED** that should the Debtor complete the terms and conditions stated herein then this judgment shall be marked as satisfied as to the Debtor. It is further

**ORDERED ADJUDGED AND DECREED** that upon completion of the payments provided for herein by the Debtor, Baccala hereby agrees and does hereby waive, release, acquit and forever discharge Ruth Roth from any and all claims arising prior to the entry of this consent order and judgment that have been, or could be raised by Baccala, whether asserted or unasserted, arising out of or related to the business associations between Baccala and the Debtor. It is further

**ORDERED ADJUDGED AND DECREED** that, in the event a motion to reopen this proceeding is filed by Baccala, the adversary shall be reopened upon the filing of a motion to reopen adversary proceeding, payment of the appropriate filing fee and an affidavit of default filed by Baccala.

**ORDERED ADJUDGED AND DECREED** this Consent Judgment between the parties is hereby **APPROVED** and made the **JUDGMENT** of this Court on the date first written above.

**END OF DOCUMENT**

**(signatures follow on next page)**

PREPARED AND PRESENTED BY:

SMITH, GAMBRELL & RUSSELL, LLP


/s/ Barbara Ellis-Monro
Barbara Ellis-Monro
Georgia Bar No. 246117
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 815-3500
Bellis-monro@sgrlaw.com

Attorneys for Baccala Realty, Inc.



CONSENTED TO:



By: /s/ George M. Geeslin
     George M. Geeslin
     Georgia Bar No. 288725
     Eight Piedmont Center
     3525 Piedmont Rd., NE
     Atlanta, Georgia 30305
     (404) 841-3464
     Attorney for Richard Louis Roth

DISTRIBUTION LIST

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309


George M. Geeslin
Eight Piedmont Center
3525 Piedmont Rd., NE
Atlanta, Georgia 30305

CORP\1277500.3